*1031 Sup. Ct. Tenn.;
Sup. Ct. Ill.;
Sup. Ct. Tenn.;
C. A. 8th Cir.;
Sup. Ct. Ill.;
Sup. Ct. Ariz.;
C. A. 11th Cir.;
Sup. Ct. Ariz.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Ariz.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Tenn.;
Sup. Ct. Tenn.;
Sup. Ct. Ariz.;
Sup. Ct. Idaho;
Sup. Ct. Ariz.;
Sup. Ct. Tenn.;
Super. Ct. Ga., Butts County;
*1032 No. 89-5848.
No. 89-5990.
No. 89-6298.
No. 89-6317.
No. 89-6459.
No. 89-6461.
No. 89-6600.
No. 89-6626.
No. 89-6778.
No. 89-6870.
No. 89-6953.
No. 89-7080.
No. 89-7178.
No. 89-7474.
No. 89-7512.
No. 89-7528.
Ct. Crim. App. Okla.;
Sup. Ct. Fla.;
Sup. Ct. Fla.;
Sup. Ct. Ill.;
Sup. Ct. Ill.;
Sup. Ct. Fla.;
C. A. 5th Cir.;
Sup. Ct. Idaho;
Sup. Ct. Mo.;
Sup. Ct. Ill.;
Sup. Ct. Ill;
C. A. 11th Cir.;
Ct. App. Md.;
C. A. 11th Cir.;
Sup. Ct. Ga.; and
Sup. Ct. Ala. Certio-rari denied. Reported below: No. 88-6512, 761 S. W. 2d 763; No. 88-7332, 127 Ill. 2d 12, 535 N. E. 2d 889; No. 88-7444, 768 S. W. 2d 239; No. 88-7451, 859 F. 2d 575; No. 89-5008, 126 Ill. 2d 424, 535 N. E. 2d 766; No. 89-5133, 160 Ariz. 119, 770 P. 2d 1165; No. 89-5146, 128 Ill. 2d 111, 538 N. E. 2d 428; No. 89-5219, 128 Ill. 2d 1, 538 N. E. 2d 453 and 461; No. 89-5232, 127 Ill. 2d 499, 538 N. E. 2d 500; No. 89-5435, 128 Ill. 2d 388, 539 N. E. 2d 1172; No. 89-5443, 128 Ill. 2d 66, 538 N. E. 2d 481; No. 89-5470, 771 S. W. 2d 387; No. 89-5513, 774 S. W. 2d 908; No. 89-5616, 115 Idaho 1125, 772 P. 2d 1219; No. 89-5635, 771 S. W. 2d 401; No. 89-5848, 779 P. 2d 591; No. 89-5990, 551 So. 2d 461; No. 89-6298, 549 So. 2d 171; No. 89-6317, 129 Ill. 2d 321, 544 N. E. 2d 330; No. 89-6459, 129 Ill. 2d 303, 544 N. E. 2d 276; No. 89-6461, 554 So. 2d 1168; No. 89-6600, 879 F. 2d 140; No. 89-6626, 116 Idaho 860, 781 P. 2d 197; No. 89-6778, 781 S. W. 2d 791; No. 89-6870, 132 Ill. 2d 128, 547 N. E. 2d 124; No. 89-6953, 132 Ill. 2d 235, 547 N. E. 2d 202; No. 89-7080, 883 F. 2d 1503; No. 89-7178, 318 Md. 269, 568 A. 2d 1; No. 89-7474, *1033 890 F. 2d 332; No. 89-7512, 259 Ga. 717, 386 S. E. 2d 316; No. 89-7528, 555 So. 2d 780.